4 So.2d 513

**Thelma JONES v. CITY OF OPELIKA.**

**5 Div. 358.**

Supreme Court of Alabama.

Nov. 6, 1941.

Duke & Duke, of Opelika, for petitioner.

Grover C. Powell, of Atlanta, Ga., opposed.

BOULDIN, Justice.

The questions presented in this case are substantially the same as those involved in Roscoe Jones v. City of Opelika, ante, p. 24, 4 So.2d 509.

Writ awarded; reversed and rendered on authority of the decision in Roscoe Jones v. City of Opelika, supra.

All the Justices concur, except KNIGHT, J., not sitting.